UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MIRANDA BROTHERS, | ) | CASE NO. 5:25-cv-00208 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| PORTAGE COUNTY, OHIO, *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

On August 27, 2025, at 1:30 p.m., in Courtroom 15B, the Court held a Show Cause Hearing as stated in its August 20, 2025 Show Cause Order.  Plaintiff Miranda Brothers and her counsel, Eric R. Fink, were ordered to appear in person. (Doc. 12.)  Neither appeared.  Only counsel for Defendants appeared.

After failing to comply with the Court's Initial Standing Order and Case Management Order, Plaintiff and her counsel were warned that failure to comply with the Court's orders may result in sanctions up to and including dismissal.  (8/12/2025 Order.)  After failing to comply with the Court's August 12, 2025 Order mandating a status report on or before August 18, 2025, Plaintiff and her counsel were ORDERED to APPEAR AND SHOW CAUSE why the matter should not be dismissed for failure to comply with the Court's orders.  (Doc. 12.)  The Court expressly stated that noncompliance with the Court's orders and/or failure to appear in person for the Show Cause Hearing can result in dismissal of the action with prejudice.  (*Id.*)

For the reasons stated on the record, the Court finds Plaintiff and her counsel failed to comply with this Court's orders, failed to appear in person on August 27, 2025, at 1:30 p.m., in

Courtroom 15B, and failed to prosecute this case.  Pursuant to Fed. R. Civ. P. 41(b), this case is

DISMISSED with prejudice.


**IT IS SO ORDERED.**



**Date:**  August 27, 2025

_____

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE